SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| MARK C. DREWRY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:18-cv-02241-EFB<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

　　　Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

　　　Plaintiff shall file her Motion for Summary Judgment/Remand within 30 days of receipt of the completed Hearing Transcript.

　　　SO ORDERED.

DATED: January 15, 2019.

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE